UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA CHRISTOPHER,<br><br>                   Plaintiff,<br><br>        v.<br><br>CDCR Secretary, et al.,<br><br>                   Defendants. | No.  1:23-cv-00916 GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO:<br><br>(1) CORRECT PLAINTIFF'S PRISON IDENTIFICATION NUMBER IN CASE CAPTION OF DOCKET, AND<br><br>(2) RE-SERVE ORDERS ISSUED MARCH 12, 2025, AND APRIL 25, 2025<br><br>(See ECF Nos. 6, 7)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER SHE IS SAME PRISONER WITH CERTAIN IDENTIFICATION NUMBER<br><br>PLAINTIFF'S SHOWING OF CAUSE AND HER RESPONSES TO COURT REGARDING HER PRISON IDENTIFICATION NUMBER DUE IN FOURTEEN DAYS |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has paid the filing fee.[1]  The matter was referred to a United

---

[1] It is unclear why Plaintiff simultaneously has paid the filing fee and has also been granted in forma pauperis status.  Plaintiff's responses to the Court's questions identified herein should enable it to resolve this discrepancy.

1

1 States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

2 For the reasons stated below, the Clerk of Court will be directed to change Plaintiff's California Department of Corrections and Rehabilitation ("CDCR") prisoner identification number from "X22106," which is the number that is currently listed in the case caption of the docket to, "WG7210," the number listed on both Plaintiff's complaint and on her application to proceed in forma pauperis. The Clerk of Court will also be ordered to re-serve on Plaintiff the Court's orders that were issued on March 12, 2025, and April 25, 2025 (see ECF Nos. 6, 7 (respectively)), using the "WG7210" CDCR ID number that Plaintiff has provided in her complaint and in forma pauperis application.

In addition, Plaintiff will be ordered to inform the Court: (1) whether she is the same "Victoria Christopher" who has been assigned the CDCR ID number "X22106" in the past, and if so, (2) why she has two different CDCR ID numbers. Finally, Plaintiff will be ordered to file a response to the order to show cause issued by the Court on April 25, 2025. Plaintiff will be given fourteen days to comply with this order.

## I. RELEVANT FACTS

On June 20, 2023, Plaintiff's complaint along with her application to proceed in forma pauperis were docketed. ECF Nos. 1, 2. In both documents, Plaintiff has listed her CDCR ID number as "WG7210." See ECF No. 1 at 1 (complaint); see also ECF No. 2 at 1 (in forma pauperis application). For whatever reasons, however, in the case caption of the Court's docket, Plaintiff's CDCR ID number is listed as "X22106."

## II. DISCUSSION

In March and April of 2025, the Court served orders on Plaintiff directing her to provide a current address. See ECF Nos. 6, 7 (respectively). Plaintiff has not responded to either order. A review of the NEF in each order indicates that when the orders were sent to Plaintiff, the "X22106" CDCR ID number was used, not the WG7210 ID number.

Although the Court's orders were not returned to it marked "undeliverable," based on the CDCR ID number discrepancy, it is possible that Plaintiff did not receive the Court's orders. Either way, the ID number discrepancy must be resolved. For these reasons, the Clerk of Court

will be directed to: (1) update the case caption of the docket in this case so that Plaintiff's CDCR ID number on her complaint and in forma pauperis application match what is on the Court's docket, and (2) re-serve Plaintiff with the Court's March 12, 2025, and April 25, 2025, orders. In addition, Plaintiff will be ordered to inform the Court of the following: (1) whether the "X22106" CDCR ID number is also hers, and (2) if so, why she has two CDCR ID numbers. Thereafter, the Court will make any necessary updates to its docketing system.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall:

        a. UPDATE the case caption of the docket in this case so that the prison ID number that is on both Plaintiff's complaint (see ECF No. 1 at 1) and her in forma pauperis application (see ECF No. 2 at 1) – "WG7210" – matches what is on the Court's docket, and

        b. RE-SERVE Plaintiff with a copy of the Court's March 12, 2025, minute order (ECF No. 6) and the Court's April 25, 2025, order to show cause (ECF No. 7);

    2. Within fourteen days from the date of this order, Plaintiff shall:

        a. RESPOND to the Court's order to show cause issued April 25, 2025;

        b. INFORM the Court whether the "X22106" prison ID number is also a prison ID number that she has used in the past, and

        c. If so, INFORM the Court why she has two prison ID numbers.

**Plaintiff is cautioned that failure to respond to this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

    Dated: **June 5, 2025**            **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE