UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA CHRISTOPHER, | Case No. 1:23-cv-00916-JLT-FJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO OPT-OUT AND REQUEST TO VACATE SETTLEMENT CONFERENCE (ECF No. 30) |
| v. | |
| CDCR SECRETARY, *et al.*, | ORDER LIFTING STAY OF PROCEEDINGS |
| Defendants. | ORDER VACATING AUGUST 26, 2026 SETTLEMENT CONFERENCE (ECF No. 28) |
| | ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Victoria Christopher ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rodriguez and Heredia ("Defendants") for excessive force in violation of the Eighth Amendment.

On May 15, 2026, the court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 28.) The court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On June 29, 2026, Defendants filed a notice to opt-out and request to vacate the settlement conference. (ECF No. 30.) After investigating Plaintiff's claims, discussing the settlement conference with supervisors, and conferring with Plaintiff by telephone, defense counsel determined that, at this time, a settlement conference would be a waste of resources. Defendants therefore elect to opt out of an early settlement conference and request that the settlement conference be vacated. (*Id.*) Therefore, the stay is lifted, and the August 26, 2026, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the court at a later date, they should so inform the court. And the parties are reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt-out and request to vacate settlement conference, (ECF No. 30), is GRANTED;

2. The stay of this action, (ECF No. 28), is LIFTED;

3. The August 26, 2026, settlement conference is VACATED;

4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and

5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:    **June 29, 2026**                                    _____

UNITED STATES MAGISTRATE JUDGE

2